AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | ) | |
|---|---|---|
| _____ | ) | |
| Plaintiff | ) | |
| v. | ) | Case No. 17 CR 172 (JSR) |
| Earl Simmons | ) | |
| Defendant | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

　　　　　　　　　　　Earl Simmons

Date: 7/15/17

_____
Attorney's signature

MURRAY RICHMAN
Printed name and bar number

2027 Williamsbridge Rd
Address                    Bx NY 10461

MRichman_MR@MSIY.com
E-mail address

718 892 8588
Telephone number

718 518-0674
FAX number