USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/2017

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 14, 2017

**BY ELECTRONIC MAIL**

Honorable Andrew J. Peck
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

MEMO ENDORSED 7/14/17
Approved.
SO ORDERED.
_____
Hon. Andrew Jay Peck
United States Magistrate Judge
Copy kept: All counsel

Re:   United States v. Earl Simmons,
      17 Cr. 172 (JSR)

Dear Judge Peck:

The Government writes with respect to the bail conditions set by Your Honor at the defendant's presentment and arraignment earlier today. Among other things, the Court ordered that the defendant be released today on his own signature and the signature of one financially responsible person ("FRP"), with the remaining bail conditions to be satisfied by July 25, 2017. Defense counsel subsequently informed me that the first FRP co-signer is not able to sign the defendant's release bond today, but will be available to do so no later than July 18, 2017. Accordingly, the parties respectfully request that the Court modify the defendant's bond such that he be released today on his own signature, with one FRP to sign by July 18, 2017, and the remaining conditions to be satisfied by July 25, 2017.

Respectfully,

JOON H. KIM
Acting United States Attorney

By:   __/s_____
      Richard A. Cooper
      Assistant United States Attorney
      Tel. No.: (212) 637-1027

cc:   Murray Richman, Esq. (by electronic mail)